# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZORM 2009, LLC** : | No. 3:15cv67 |
|     **Plaintiff** : | |
| : | (Judge Munley) |
| **v.** : | |
| : | |
| **JONATHAN GREENWALD and** : | |
| **ROBERT MAYNARD,** : | |
|     **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 4th day of August 2015, the defendants' motions to strike and/or open judgment (Docs. 8, 12) are **GRANTED** to the extent that the judgment (Doc. 5) is opened.  It is further **ORDERED** that the parties' joint motion to schedule oral argument (Doc. 23) is **DENIED as moot**.

The Clerk of Court is directed to reopen this case.  Defendants shall file a responsive pleading to plaintiff's complaint within thirty (30) days from the date of this order.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**